

March 11, 2025

United States Court of Appeals
For the Eighth Circuit
Thomas F. Eagleton Courthouse
111 South 10th Street, Suite 24.329
St. Louis, MO 63102

**Re: 24-3238 Kent Pyane, et al. v. Eyerly-Ball, et al.**

Dear Clerk of Court,

    I write to provide my availability for oral argument in the above-referenced case. I am available for oral argument on the following dates:

- March 17-21, 2025 – St. Paul, Minnesota
- April 14-18, 2025- St. Louis, Missouri
- June 9-13, 2024

    I am not available for oral argument on May 12 but am available from May 13-16th.

Sincerely,
*GOURLEY, REHKEMPER & LINDHOLM, PLC*

Robert G. Rehkemper

RGR/jp