

# FINLEY
## LAW FIRM

finleylaw.com    515 288 0145 P    699 Walnut Street    Suite 1700    Des Moines, Iowa 50309
                515 288 2724 F

SENDER'S EMAIL
jmoser@finleylaw.com

March 19, 2025

John D. Hilmes
R. Todd Gaffney
Kevin J. Driscoll
Connie L. Diekema
Stacie M. Codr
Robert L. Johnson
Eric G. Hoch
Erik P. Bergeland
Megan Kennedy Marty
Joseph F. Moser
Aaron J. Redinbaugh
Jeffrey R. Kappelman
Abigail L. Wallace
Peter R. Lapointe
Griffin R. Scott
Jacob T. Wassenaar
Regan A. France
Jacob P. Elliott

**OF COUNSEL**
David C. Craig
Kermit B. Anderson

**RETIRED**
Thomas A. Finley
Steven K. Scharnberg

**VIA CM/ECF E-FILING:**

United States Court of Appeals
For the Eighth Circuit
Thomas F. Eagleton Courthouse
111 South 10th Street, Suite 24.329
St. Louis, MO 63102

**Re:    24-3238 Kent Payne, et al. v. Eyerly-Ball, et al.**

Dear Clerk of Court,

We write to provide availability for oral argument in the above-referenced case. Counsel for the Defendants-Appellees are available for oral argument on the following dates remaining in the Court's current term:

June 9-13, 2025 – St. Louis, Missouri
June 9-13, 2025 – St. Paul, Minnesota

Due to personal and professional scheduling conflicts, counsel cannot be available on other dates this term. Counsel anticipates greater availability in the court's next term, if necessary.

Thank you,

Joseph F. Moser